In re Cosmo CAIATI, et al., Debtors.

Cosmo CAIATI, et al., Appellants,

v.

William J. SIMON, Trustee, et al., Appellees.

No. 87–6431.

United States Court of Appeals,
Ninth Circuit.

Submitted March 17, 1988 *.

Decided March 25, 1988.

Before CANBY, BEEZER and KOZINSKI, Circuit Judges.

**ORDER**

Appellants' unopposed motion for summary reversal is granted. The dismissal of appellants' appeal by the Bankruptcy Appellate Panel appears to have been ordered by a single judge instead of a three judge panel contrary to Rule 8011(e). *See* Bankr.R. 8011(e). We express no opinion

* The panel finds this case appropriate for submission without oral argument pursuant to Ninth

regarding the merits of the appellants' argument that the bankruptcy court minute order constitutes a final appealable order. *See Beaudry Motor Co. v. Abko Prop. Inc.,* 780 F.2d 751, 754–56 (9th Cir.1986).